IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ROBERT L. KIER, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | Civil Action File No. |
| | : | 7 : 08-CV-59 (HL) |
| BRYCE WHITENER, et al., | : | |
| | : | |
| Defendants | : | |

## RECOMMENDATION

Presently pending in this *pro se* prisoner 42 U.S.C. §1983 action is Defendants motion to dismiss for failure to prosecute. (Doc. 10). The undersigned notified plaintiff of the filing of the motion to dismiss and the importance of responding to the same; however, plaintiff has not filed a response.

Defendants argue that Plaintiff's Complaint is subject to dismissal under Rule 41(b) of the Federal Rules of Civil Procedure, as he has taken no action in this case since he filed his original complaint and supporting exhibits, which was in May of 2008. In an order directing service of the complaint filed on May 19, 2008 (Doc. 5), plaintiff was advised of his duty to diligently prosecute this action or face its possible dismissal.

The undersigned finds a clear record of plaintiff's failure to prosecute this action; it is therefore the RECOMMENDATION of the undersigned that the motion to dismiss filed on behalf of defendants be **GRANTED**. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN FOURTEEN (14) DAYS of receipt thereof.

**SO RECOMMENDED**, this 15th day of April, 2010.

S/ G. MALLON FAIRCLOTH
**UNITED STATES MAGISTRATE JUDGE**

msd