IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ROBERT L. KIER, JR. | : | |
| Plaintiff, | : | |
| v. | : | Case No. 7:08-CV-59 (HL) |
| BRYCE WHITENER, et al., | : | |
| Defendant. | : | |

## **RECOMMENDATION**

This case is before the Court on the Recommendation (Doc. 12) of United States Magistrate Judge G. Mallon Faircloth on the Defendant's Motion to Dismiss (Doc. 10). The Magistrate Judge recommends dismissing the Petitioner's case for failure to prosecute. The Petitioner did not file an objection to the Recommendation. The Recommendation is adopted and made the order of this Court. The Motion to Dismiss (Doc. 10) is granted.

**SO ORDERED**, this the 18th day of May, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

jch